The Honorable Robert S. Lasnik
The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAJIB ALI ADEN,

    Petitioner,

v.

KIRSTJEN M. NIELSEN, Secretary of United Stated Department of Homeland Security, et. al.,

    Respondents.

No. C18-1441-RSL-MAT

JOINT STIPULATION AND [proposed] ORDER RENOTING PETITIONER'S MOTION TO ENFORCE COURT ORDER

Noted for Consideration: Today

COMES NOW Petitioner, by and through his counsel, Christopher Strawn, and Respondents, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to Local Rule 7(l) and 10(g), and hereby jointly stipulate and agree as follows:

WHEREAS the Court issued an order granting in part habeas petition on June 20, 2019. Dkt. No. 16.

WHEREAS on July 18, 2019, Petitioner filed a motion to enforce court order. Dkt. No. 17. The motion is noted for the Court's consideration on August 2, 2019.

JOINT STIPULATION AND ORDER RENOTING
PETITIONER'S MOTION TO ENFORCE COURT ORDER
(C18-1441-RSL-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  WHEREAS Petitioner has agreed to renote the motion, pursuant to Local Rule 7(l), to August 9, 2019, to allow Respondents additional time to respond. Respondents have agreed to file any opposition no later than August 4, 2019.

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree, and respectfully request, that the Court make and enter the following order:

1. Petitioner's motion to enforce court order (Dkt. No. 17) is renoted for the Court's consideration on August 9, 2019.
2. Respondents' opposition is due no later than August 4, 2019.
3. Petitioner's reply is due no later than August 9, 2019.

SO STIPULATED.

DATED this 30th day of July, 2019.

BRIAN T. MORAN
United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone No.: (206) 553-7970
Fax No.: (206) 553-4073
E-mail: kristin.b.johnson@usdoj.gov
Attorney for Respondents

JOINT STIPULATION AND ORDER RENOTING
PETITIONER'S MOTION TO ENFORCE COURT ORDER
(C18-1441-RSL-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

SO STIPULATED.

DATED this 30th day of July, 2019.

*s/ Christopher Strawn*
CHRISTOPHER STRAWN, WSBA #32243
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, Washington 98104
Telephone No.: (206) 957-8628
Fax No.: (206) 587-4025
Email: Chris@nwirp.org
Attorney for Petitioner

**ORDER**

IT IS SO ORDERED.

DATED this __31st__ day of __July__, 2019.

_____
ROBERT S. LASNIK
United States District Judge

JOINT STIPULATION AND ORDER RENOTING
PETITIONER'S MOTION TO ENFORCE COURT ORDER
(C18-1441-RSL-MAT)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970