UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAJIB ALI ADEN,

Petitioner,

v.

KIRSTJEN NIELSEN, *et al.*,

Respondents.

NO.  C18-1441RSL

ORDER SUPPLEMENTING THE RECORD

On June 20, 2019, the Court directed defendants to reopen the removal proceedings against petitioner and hold a bond hearing. The Immigration Judge ("IJ") denied petitioner's renewed request for bond, and petitioner has filed a motion seeking review of that determination for legal error. Dkt. #17. Defendants seek to supplement audio recording of the bond hearing with a memorandum of decision written by the IJ after petitioner's motion for review was fully briefed. Dkt. #26. Petitioner opposes the request, arguing that the administrative record of the bond hearing is complete and should not be supplemented with the IJ's post-appeal justifications for the decision.

The bond issue comes before the Court under its habeas jurisdiction and/or its inherent powers. While the evidentiary value of a post-appeal memorandum may be

ORDER SUPPLEMENTING
THE RECORD - 1

| | |
|---|---|
| 1 | limited, whether the bond proceeding was constitutionally flawed or violated the |
| 2 | Court's prior order will be determined on the record as a whole. Because petitioner did |
| 3 | not have an opportunity to address the IJ's written analysis in his motion for review, the |
| 4 | Court will consider the arguments and criticisms raised in his opposition (Dkt. #27) |
| 5 | when deciding the underlying motion to enforce. |

For all of the foregoing reasons, defendants' motion to supplement the record (Dkt. # 26) is GRANTED.

Dated this 24th day of September, 2019.

Robert S. Lasnik
United States District Judge

ORDER SUPPLEMENTING
THE RECORD - 2